UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HECTOR ALMEIDA,<br><br>     Plaintiff,<br><br>  v.<br><br>J. ROBERTS,<br><br>     Defendant. | Case No. 15-cv-03319-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 16 |

Pursuant to plaintiff's notice of voluntary dismissal (Docket No. 16) under Rule 41(a) of the Federal Rules of Civil Procedure, this case is **DISMISSED** without prejudice.

The Clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: March 17, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HECTOR ALMEIDA,<br>           Plaintiff,<br>    v.<br>J. ROBERTS,<br>           Defendant. | Case No. 15-cv-03319-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Hector Almeida ID: Prisoner Id G-30247
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: March 17, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO